NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DAVID P. GESSERT**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2010-3115

---

Petition for review of the Merit Systems Protection Board in case no. DC0752090149-I-2.

---

**ON MOTION**

---

**ORDER**

Upon consideration of David P. Gessert's unopposed motion for a 14-day extension of time, until October 12, 2010, to file his reply brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

SEP 3 0 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: David P. Gessert
Calvin Morrow, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 3 0 2010

JAN HORBALY
CLERK